877

## DUNCAN v. STATE.
### No. 25717.

Court of Criminal Appeals of Texas.
March 5, 1952.

E. Newt Spivey, Texarkana, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

The conviction is for driving a motor vehicle on a public road while intoxicated; the punishment, 60 days in jail and a fine of $50.

Appellant gave notice of appeal when his motion for new trial was overruled on November 29, 1951. The term of Court at which he was tried adjourned on December 1, 1951.

This court is without jurisdiction of the appeal where appeal bond was resorted to by appellant before the adjournment of the term at which he was convicted. See Koerner v. State, Tex.Cr.App., 218 S.W.2d 1004; Watson v. State, 149 Tex.Cr.App. 9, 190 S.W.2d 830; Jones v. State, Tex.Cr. App., 31 S.W.2d 644; Turner v. State, 153 Tex.Cr.R. 614, 223 S.W.2d 236; Fowler v. State, Tex.Cr.App., 228 S.W.2d 512.

In the absence of a proper recognizance or appeal bond and appellant being at large, we are without jurisdiction to enter any order other than to dismiss the appeal.

The appeal is dismissed.

Opinion approved by the court.

## DACY v. STATE.
### No. 25740.

Court of Criminal Appeals of Texas.
March 5, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was found guilty of driving a motor vehicle while intoxicated and assessed a fine of $250.

The proceedings appear regular in every respect and nothing is presented for review by this court in the absence of bills of exception and a statement of facts.

The judgment of the trial court is affirmed.